IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00391–MSK–KMT


PROCOM SUPPLY, LLC, a Colorado limited liability company,

      Plaintiff,

v.

MECHEL LANGNER, an individual,
BARBARA LANGNER, an individual,
AHARON MANN, an individual,
FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
REAL INVESTORS LLC, a limited liability company,
RUEBEN GREEN, an individual, and
FRED P. SCHWARTZ, ESQ., an individual,

      Defendants.

---

**ORDER**

---

      This matter is before the court on the "Joint Motion for Imposition of Award of Attorneys' Fees and Costs" (Doc. No. 70, filed June 28, 2012).

      On June 21, 2012, this court granted the "Motion of Defendant, Fred P. Schwartz, for Relief from Default and for Leave to File his Answer to Plaintiff's Complaint *Instanter*" (Doc. No. 50) but also ordered Defendant Schwartz to pay all reasonable attorneys' fees and court costs incurred by Plaintiff in seeking default judgment against Defendant Schwartz and in opposing the Motion for Relief from Default.  (Doc. No. 68.)

The parties have reached a stipulation that $1,500.00 is a reasonable amount for attorneys' fees and costs incurred by Plaintiff in connection with the Defendant's Motion for Relief from Default and related pleadings.  Therefore it is

**ORDERED** that attorneys' fees and costs in the amount of $1,500.00 are awarded to Plaintiff.  Defendant Schwartz shall submit payment to Plaintiff, through his counsel, no later than July 27,2012.  Plaintiff shall file a notice of satisfaction of the award within five days of its receipt.

Dated this 29st day of June, 2012.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge