IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00391–MSK–KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MECHEL LANGNER, an individual,
BARBARA LANGNER, an individual,
AHARON MANN, an individual,
THE FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
REAL INVESTORS LLC, a limited liability company, and
FRED P. SCHWARTZ, ESQ., an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Mechel Langner's Unopposed Motion to Set Aside the Clerk's Entry of Default" (Doc. No. 113, filed April 3, 2013) and "Defendant Barbara Langner's Unopposed Motion to Set Aside the Clerk's Entry of Default" (Doc. No. 114, filed April 3, 2013) are GRANTED. The entries of default as to Defendants Mechel Langner and Barbara Langner are set aside. The "Motion for Entry of Default Judgment" (Doc. No. 99, filed January 8, 2013) is DENIED as moot as to Defendants Mechel Langner and Barbara Langner only. The Motion for Entry of Default Judgment remains pending as to Defendants Mann, First National Group LLC, L and M Realty Brokers LLC, First National Management LLC and Real Investors LLC.

Dated: April 8, 2013