# **AFFIDAVIT OF MECHEL LANGNER**

The affiant, Mechel Langner, being duly sworn, affirms and attests as follows:

1. I have reviewed the Amended Verified Complaint and Jury Demand ("Amended Complaint") filed by Procom Supply, LLC ("Procom") and the Affidavit of Service regarding service of the Summons and Amended Complaint. My sworn statements regarding Procom's allegations follow.

2. I do not "occasionally reside" in Jerusalem, Israel as Procom contended in its Amended Complaint. Israel has been my residence and domicile for approximately 15 years. I have been physically present in Israel on a permanent basis and intend to remain here indefinitely. I am not domiciled in the State of New York and do not reside at 406 Avenue I, Brooklyn, New York 11230.

3. The last time I resided at 406 Avenue I, Brooklyn, New York 11230, was approximately 15 years ago. The 406 Avenue I Residence has not been my actual place of business, dwelling place or usual place of abode during any time relevant to Procom's lawsuit.

4. I have never met or spoken with Wayne Dale or anyone else from Procom. Prior to receiving a copy of the Amended Complaint, I had never even heard of Procom. I never entered into any type of business transaction with Mr. Dale or Procom or solicited money from Procom.

5. I did not know that Daniel Kasnett had invented an elaborate scheme to defraud Procom or that he repeatedly lied to Mr. Dale about a multi-tenant condominium building at the Cleveland Clinic in Cleveland, Ohio (the "Cleveland Project") in order to convince Procom to invest money in the project. I was neither the managing member nor a person who was controlling Real Investors during September 2008.

6. I do not maintain continuous and systematic general business contacts with Colorado. I have never resided in Colorado. I am not employed by and do not participate in a corporation which solicits business in Colorado through a local office or agent or which sends agents into Colorado on a regular basis to solicit business. I do not hold myself out as an individual who does business in Colorado, through advertisements, listings or bank accounts. I do not own property in Colorado and am not employed in Colorado or by any Colorado employer. I do not maintain an office, telephone listing or bank account in Colorado. I do not have any employees in Colorado or pay taxes in Colorado. I have never entered into any type of business transaction involving Colorado real estate.

7. I have had no type of continuing relationship or obligation with a resident of Colorado which is even remotely connected to Procom or the allegations pled by Procom. I never requested that Procom transfer funds from a bank in Colorado to a bank in either my name or my

2

mother's name, either directly or indirectly.  I have not maintained contacts with a resident of Colorado in relation to any of the transactions described in Procom's Amended Complaint.

[SIGNATURE PAGE FOLLOWS]

The foregoing is based on my personal knowledge and is true and correct, under the penalty of perjury.

Further, affiant says not.

Dated this __25__ day of April, 2013.

_____
Mechel Langner

Subscribed and sworn to before me in __Jerusalem__, Israel, this __25 April 13__ day of April, 2013.

My commission expires on _____.

_____
Notary Public    Yehuda Shuster Advocate

יהודה שוסטר
עורך-דין ונוטריון
מ.ר. - 6509
רח' יפו 216, קומה 8, ירושלים
טל: 02-5319016, פקס: 02-5319017