IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00391–MSK–KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

     Plaintiff,

v.

MECHEL LANGNER, an individual,
BARBARA LANGNER, an individual,
AHARON MANN, an individual,
THE FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
REAL INVESTORS LLC, a limited liability company, and
FRED P. SCHWARTZ, ESQ., an individual,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Jurisdictional Discovery" (Doc. No. 129, filed May 2, 2013) is GRANTED in part. The portion of the motion requesting an extension to respond to the motions to dismiss for lack of personal jurisdiction is granted to the extent that briefing of the motions to dismiss is stayed pending a ruling on the motion for jurisdictional discovery. The portion of the motion requesting jurisdictional discovery remains pending. Defendants Mechel Langner and Barbara Langner shall file a response to the motion for jurisdictional discovery on or before May 13, 2013. Plaintiff shall file a reply no later than May 20, 2013.

Dated: May 6, 2013