IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00391–MSK–KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MECHEL LANGNER, an individual,
BARBARA LANGNER, an individual,
AHARON MANN, an individual,
THE FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
REAL INVESTORS LLC, a limited liability company, and
FRED P. SCHWARTZ, ESQ., an individual,

    Defendants.

## ORDER

This matter is before the court subsequent to documents being submitted by Defendants Mechel Langner and Barbara Langner ("Langner Defendants") for in camera review during the hearing on July 3, 2013. Plaintiff correctly objected to these materials being placed on a privilege log and withheld from discovery The court has reviewed the documents and finds that while the documents are not subject to the attorney-client or work product privileges, the documents do contain highly confidential material associated with non-parties which is nonetheless responsive to discovery requests issued by Plaintiff. This court finds that the

material is more properly marked confidential pursuant to a general Protective Order ensuring that the material is not disseminated to the public or used for purposes other than the litigation herein and produced to the Plaintiff within those parameters.

**IT IS THEREFORE ORDERED**

1.  The documents listed on the Langner Defendants' Privilege Log and submitted to the court for in camera review shall be marked "Confidential" in accordance with this court's Protective Order filed simultaneously hereto. Subsequent to the documents' appropriate marking, they shall be transmitted to the Plaintiff on or before July 15, 2013.

2.  The documents in the form they were submitted to the court for review will be held in a secure manner by the Clerk of Court as conventionally filed material and docketed under restriction level 1 pursuant to D.C.COLO.LCivR 7.2.

Dated this 10th day of July, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge