**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:12-cv-00391-MRK

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual, BARBARA LANGNER, an individual, AHARON MANN, an individual, FIRST NATIONAL GROUP, LLC, a limited liability company, L AND M REALTY BROKERS, LLC, a limited liability company, FIRST NATIONAL MANAGEMENT, LLC, a limited liability company, REAL INVESTORS, LLC, a limited liability company, RUEBEN GREEN, an individual, and FRED P. SCHWARTZ, ESQ., an individual.

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL FOR MECHEL LANGNER**

---

The undersigned counsel, Jim Miles, Esq. and Peggy Kozal, Esq. of the law firm of Miles & Peters, P.C., hereby files the following Motion to Withdraw as Counsel for Mechel Langner:

1.   Pursuant to D.C.COLO.LCivR 7.1A, the undersigned counsel certifies that she conferred in good faith with counsel for Plaintiff Procom Supply, LLC ("Procom") regarding this Motion.  Procom is opposed to the requested relief.

2.   On April 3 and 4, 2013, on behalf of Mechel Langner, the undersigned filed a Motion to Set Aside the Clerk's Entry of Default, and Mechel Langner's Response to Plaintiff's Motion for Entry of Default Judgment, respectively.  Pursuant to the Court's Minute Order dated April 8, 2013, the entry of default as to Mr. Langner was set aside and the Motion for Entry of Default Judgment was denied as moot as to Mr. Langner.  On April 23, 2013, the undersigned filed Mechel Langner's

Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Quash Service of Process. After the parties briefed whether jurisdictional discovery should be permitted, the Court entered an Order on May 17, 2013 which granted certain discovery as to jurisdictional issues and set certain deadlines for the completion of the same.

3. Plaintiff filed a Motion for Extension of Time to Conduct Discovery and to Respond to the Langner Defendants' Motion to Dismiss for Lack of Jurisdiction ("Motion for Extension of Time") on June 25, 2013. A hearing was held on July 3, 2013, during which the Court narrowed the scope of certain requests for production submitted by Plaintiff. The Court ordered that Mr. Langner respond to these narrowed requests by certain deadlines.

4. Specifically, Magistrate Judge Kathleen M. Tafoya ordered that Mr. Langner is directed to respond to Plaintiff's Requests for Production of Documents as to Jurisdictional Issues for Requests Nos. 6, 7, 8 and 11 on or before July 10, 2013. Additionally, Magistrate Judge Tafoya ordered that Mr. Langner respond to Request for Production No. 2 on or before July 17, 2013. Mr. Langner timely responded to Requests No. 6, 7, 8 and 11 in Mechel Langner's Third Supplemental Response to Plaintiff's Requests for Production of Documents as to Jurisdictional Issues. Mr. Langner requested an extension of time to respond to Request No. 2 until July 19, 2013. The undersigned counsel sent Mr. Langner's response to Request No. 2 today.

5. Good cause exists for the withdrawal of counsel on Mr. Langner's behalf. Mr. Langner has discharged Mr. Miles and Ms. Kozal and directed them to withdraw as counsel on his behalf after submission of his response to Request for Production No. 2. Accordingly, pursuant to the Colorado Rules of Professional Conduct 1.16(a)(3), Mr. Miles and Ms. Kozal are required to withdraw from representation of Mr. Langner.

6. On July 18, 2013, the undersigned counsel notified Mr. Langner of the following:

    a.    Mr. Langner has the burden of keeping the court and the other parties informed of where notices, pleadings or other papers may be served;

    b.    If Mr. Langner fails or refuses to comply with all court rules and orders, he may suffer possible dismissal, default or other sanctions;

    c.    The dates of deadlines that have been set and that these deadlines will not be delayed nor proceedings affected by the withdrawal of Mr. Miles and Ms. Kozal as counsel; and

    d.    Mr. Langner and other parties have the right to object to the motion to withdraw within 14 days after service of the motion.

7.    Mr. Langner's address and telephone number are the following: Ohel yehoshua 4, Jerusalem, Israel, 011 972 527172911.

WHEREFORE, Jim Miles, Esq. and Peggy Kozal, Esq. of the law firm of Miles & Peters, P.C., hereby respectfully requests that the Court GRANT this Motion to Withdraw as Counsel for Mechel Langner and ORDER that Mr. Miles and Ms. Kozal are no longer the counsel of record in this matter.

Dated this 18th day of July, 2013.

                                                 MILES & PETERS, P.C.

                                                 *s/ Peggy Kozal*
                                                 Jim Miles, #27413
                                                 Peggy E. Kozal, #33700
                                                 Attorneys for Defendant
                                                 MILES & PETERS, P.C.
                                                 450 E. 17th Avenue, Suite 220
                                                 Denver, Colorado 80203
                                                 303.892.9900
                                                 *Attorneys for Defendants Mechel and Barbara Langner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2013, a true and correct copy of the foregoing was served via the Electronic Case Files system on the following:

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
*Attorney for Plaintiff*

Eric H. Zarans
Zagrans Law Firm, LLC
24500 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122
*Attorney for Defendant Fred P. Schwartz*

I further hereby certify that on this 18th day of July, 2013, a true and correct copy of the foregoing was served via email on the following:

Barbara Langner

Mechel Langner

*s/ Autumn Phillips*

Autumn Phillips