# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  <u>1:12-cv-00391-MSK</u>

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual, BARBARA LANGNER, an individual, AHARON
MANN, an individual, FIRST NATIONAL GROUP, LLC, a limited liability company, L AND
M REALTY BROKERS, LLC, a limited liability company, FIRST NATIONAL
MANAGEMENT, LLC, a limited liability company, REAL INVESTORS, LLC, a limited
liability company, RUEBEN GREEN, an individual, and FRED P. SCHWARTZ, ESQ., an
individual.

Defendants.

---

## DEFENDANT MECHEL LANGNER'S WITHDRAWAL OF
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR,
## IN THE ALTERNATIVE, TO QUASH SERVICE OF PROCESS

---

Defendant Mechel Langner, by and through the undersigned counsel, Jim Miles and Peggy
Kozal, of the law firm of Miles & Peters, P.C., hereby files Mechel Langner's Withdrawal of Motion
to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Quash Service of Process
("Motion") as follows:

1.      On April 23, 2013, Mechel Langner filed his Motion to Dismiss for Lack of Personal
Jurisdiction or, in the Alternative, to Quash Service of Process ("Motion").

2.      Mr. Langner hereby withdraws the Motion.

Dated this 30th day of July, 2013.

MILES & PETERS, P.C.

*s/ Peggy Kozal*
Jim Miles, #27413
Peggy E. Kozal, #33700
Attorneys for Defendant
MILES & PETERS, P.C.
450 E. 17th Avenue, Suite 220
Denver, Colorado 80203
303.892.9900
*Attorneys for Defendant Mechel Langner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2013, a true and correct copy of the foregoing was served via the Electronic Case Files system on the following:

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
*Attorney for Plaintiff*

Eric H. Zagrans
Zagrans Law Firm, LLC
24500 Chagrin Boulevard, Suite 200
Cleveland, Ohio 44122
*Attorney for Defendant Fred P. Schwartz*

I further hereby certify that on this 30th day of July, 2013, a true and correct copy of the foregoing was served via email on the following:

Barbara Langner

Mechel Langner

*s/ Autumn Phillips*
_____
Autumn Phillips