## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00391-MSK-KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual, BARBARA LANGNER, an individual,
AHARON MANN, and individual, THE FIRST NATIONAL GROUP, LLC,
a limited liability company, L AND M REALTY BROKERS LLC,
a limited liability company, FIRST NATIONAL MANAGEMENT LLC,
a limited liability company, REAL INVESTORS LLC, a limited liability company,
and FRED P. SCHWARTZ, ESQ., an individual.

Defendants.

_____

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE

_____

Plaintiff, Procom Supply, LLC ("Procom") and Defendant, Fred P. Schwartz ("Schwartz"), by and through their respective counsel, submit this Stipulation for Dismissal and state as follows:

1.      Procom and Schwartz have settled all disputed claims in this case.

2.      Accordingly, pursuant to C.R.C.P. 41(a)(1), the Procom and Schwartz hereby stipulate to the voluntary dismissal of all outstanding claims and defenses with prejudice.

3.      Each party will pay its own attorneys' fees and costs.

4.      Upon the Court's grant of this Stipulation for Dismissal, Defendant Fred P. Schwartz will be dismissed with prejudice from this case.

WHEREFORE, the parties request that the Court accept this Stipulation for Dismissal and dismiss this case pursuant to C.R.C.P. 41(a)(1), with prejudice.

Respectfully submitted this 18th day of October, 2013.

ROBINSON WATERS & O'DORISIO, P.C.


*s/ Anthony L. Leffert*
Anthony L. Leffert
Robinson, Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone:  (303) 297-2600
Facsimile:   (303) 297-2750
Email:  aleffert@rwolaw.com
*Attorneys for Plaintiff Procom Supply, LLC*


*s/ Eric Zagrans*
Eric H. Zagrans
Zagrans Law Firm
24500 Chagrin Blvd., Suite 200
Cleveland, OH  44122
Telephone:  (216) 763-0090
Facsimile:   (216) 360-7440
Email:  eric@zagrans.com
*Attorneys for Fred P. Schwartz*


## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2013 a true and correct copy of the foregoing was delivered electronically via the CM/ECF system addressed to the following:

Eric H. Zagrans
Zagrans Law Firm LLC
24500 Chagrin Boulevard, Ste. 200
Cleveland, OH 44122


*s/Elizabeth Garfield*