# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00391-MSK-KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual, BARBARA LANGNER, an individual,
AHARON MANN, and individual, THE FIRST NATIONAL GROUP, LLC,
a limited liability company, L AND M REALTY BROKERS LLC,
a limited liability company, FIRST NATIONAL MANAGEMENT LLC,
a limited liability company, REAL INVESTORS LLC, a limited liability company,
and FRED P. SCHWARTZ, ESQ., an individual.

Defendants.
_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT MECHEL LANGNER
_____

Plaintiff, Procom Supply, LLC ("Procom") through counsel, Anthony L. Leffert of Robinson Waters & O'Dorisio, P.C., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of the dismissal of Defendant Mechel Langner without prejudice.

Respectfully submitted this 17th day of January, 2014.

                                        ROBINSON WATERS & O'DORISIO, P.C.

                                        *s/ Anthony L. Leffert*
                                        Anthony L. Leffert
                                        Robinson, Waters & O'Dorisio, P.C.
                                        1099 18th Street, Suite 2600
                                        Denver, CO 80202
                                        Telephone:  (303) 297-2600
                                        Facsimile:   (303) 297-2750
                                        Email:  aleffert@rwolaw.com
                                        *Attorneys for Plaintiff Procom Supply, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014 a true and correct copy of the foregoing was delivered electronically via the CM/ECF system addressed to the following:

Eric H. Zagrans
Zagrans Law Firm LLC
24500 Chagrin Boulevard, Ste. 200
Cleveland, OH 44122

*s/Elizabeth Garfield*