# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00391-MSK-KMT

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual, BARBARA LANGNER, an individual,
AHARON MANN, and individual, THE FIRST NATIONAL GROUP, LLC,
a limited liability company, L AND M REALTY BROKERS LLC,
a limited liability company, FIRST NATIONAL MANAGEMENT LLC,
a limited liability company, REAL INVESTORS LLC, a limited liability company,
and FRED P. SCHWARTZ, ESQ., an individual.

Defendants.

_____

## ADVISEMENT REGARDING STATUS OF CASE
_____

Plaintiff, Procom Supply, LLC ("Procom") through counsel, Anthony L. Leffert of Robinson Waters & O'Dorisio, P.C., and hereby advises the Court as follows:

1. On January 17, 2014, Plaintiff filed a Notice of Dismissal Without Prejudice of Defendant Mechel Langner, who has not filed an answer in this case. The Notice of dismissal was served on Defendant Langner using his email and mailing address on file with the court.

2. Mr. Langner filed a Motion to Dismiss which was withdrawn by his counsel before her withdrawal from the case.

3. Procom received the Court's Order [Doc. 166] dated January 10, 2014, ordering the parties to contact chambers to set a Final Pretrial Conference. Because there are no defendants left in this case, there are no legal issues before the Court and no matters to be determined.

450334--05146.007

2

Respectfully submitted this 20th day of January, 2014.

                                                 ROBINSON WATERS & O'DORISIO, P.C.

                                                 *s/ Anthony L. Leffert*
                                               Anthony L. Leffert
                                               Robinson, Waters & O'Dorisio, P.C.
                                               1099 18th Street, Suite 2600
                                               Denver, CO 80202
                                               Telephone:  (303) 297-2600
                                               Facsimile:   (303) 297-2750
                                               Email:  aleffert@rwolaw.com
                                               *Attorneys for Plaintiff Procom Supply, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2014 a true and correct copy of the foregoing was delivered electronically, via the CM/ECF system, or U.S. Mail, first-class postage prepaid, addressed to the following:

Eric H. Zagrans
Zagrans Law Firm LLC
24500 Chagrin Boulevard, Ste. 200
Cleveland, OH 44122

Mechel Langner
marc2@netvision.net.il
Ohel yehoshua 4
Jerusalem, Israel

                                               *s/Elizabeth Garfield*